### Alexander Trapier Appellant vs. John Banister Respondent

In a libel for wages on board the Settee Eagle James Brown master

Having heard the Libel of the s^d Alexander Trapier and also the Plea of the s^d John Banister, together with all the allegations, Answers, and Evidences on both Sides, and after due Consideration had thereon: I find, that after deduction made of Twenty Seven Pounds Ten Shillings, New England Currency advanced to the s^d Alexander Trapier, before Sailing, and of four Shillings and Two pence Sterling, p^d for the use of Greenwich Hospital: and of Eight Pounds fifteen Shillings Jamaica Money paid for him to a Doctor in his Sickness, (which last Deduction has been fully prov'd to have been along and Constant Custom of this Port) there is due to the s^d Alexander Trapier for the remainder of his wages on board the s^d Sattee Eagle the Sum of Eleven Pounds one Shilling and fourpence in Bills of Credit of the old Tenour. It is therefore Considered and Decreed that he the s^d Alexander Trapier have and Recover of the s^d John Banister the s^d Sum of Eleven Pounds one Shilling and four pence. And for as much as the s^d John Banister made a tender in Court of the s^d Sum which the s^d Alexander Trapier refus'd to Accept, it is therefore Consider'd and Decreed that the s^d Alexander pay all the Cost of this Court which hath Accrued Since the s^d Tender was made. Excepting only the Cost of two adjournments (which were made at the Instance and Bequest of the s^d John Banister.) And that the s^d John Banister pay all the Cost which Accrued before the s^d Tender was made, together with the Cost of the s^d Adjournments made at his Request.

Samuel Wickham Dep^t Judge

Cost to be paid by Banister Taxed at £14/12. }
Cost to be paid by Trapier Taxes at £19/14. }